```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 05270
   OCTAVIANO MONTANO
                                              CHAPTER 13

                                              JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-6988


------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
       The case was filed on 03/23/2007 and was not confirmed.

       The case was dismissed without confirmation 07/09/2007.
------------------------------------------------------------------------------
 CREDITOR NAME              CLASS        CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                         PAID          PAID
------------------------------------------------------------------------------
 AMERICAN GENERAL FINANCE   UNSECURED       8645.14         .00           .00
 CITY OF CHICAGO PARKING    UNSECURED       5190.83         .00           .00
 EMERGENCY CARE PHYSICIAN   UNSECURED      NOT FILED        .00           .00
 FORD MOTOR CREDIT          UNSECURED       5120.09         .00           .00
 HOUSEHOLD BANK             UNSECURED      NOT FILED        .00           .00
 NATIONAL CAPITAL MGMT LL   SECURED NOT I    747.98         .00           .00
 GECAP/WALMART              UNSECURED      NOT FILED        .00           .00
 ROUNDUP FUNDING LLC        UNSECURED        599.74         .00           .00
 ROUNDUP FUNDING LLC        UNSECURED        554.83         .00           .00
 PORTFOLIO RECOVERY ASSOC   UNSECURED       1332.60         .00           .00
 NATIONAL CAPITAL MANAGEM   UNSECURED        285.08         .00           .00
 ROBERT J SEMRAD & ASSOC    REIMBURSEMENT    334.00         .00           .00
 ROBERT J SEMRAD & ASSOC    DEBTOR ATTY     2,500.00                      .00
 TOM VAUGHN                 TRUSTEE                                       .00
 DEBTOR REFUND              REFUND                                        .00

          Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                      RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
 TRUSTEE                     .00

 PRIORITY                                         .00
 SECURED                                          .00
 UNSECURED                                        .00
 ADMINISTRATIVE                                   .00
 TRUSTEE COMPENSATION                             .00
 DEBTOR REFUND                                    .00
                      --------------        --------------
 TOTALS                      .00                  .00
```

             PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 07 B 05270 OCTAVIANO MONTANO

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 10/18/07

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE